No. 88–226.   WARD ET AL. v. ROCK AGAINST RACISM.   C. A. 2d Cir.   Certiorari granted.

No. 88–266.   OKLAHOMA TAX COMMISSION v. GRAHAM ET AL. C. A. 10th Cir.   Certiorari granted.

No. 87–1882.   NEITZKE ET AL. v. WILLIAMS.   C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari granted.

No. 87–2050.   COUNTY OF ALLEGHENY ET AL. v. AMERICAN CIVIL LIBERTIES UNION, GREATER PITTSBURGH CHAPTER, ET AL.;

No. 88–90.   CHABAD v. AMERICAN CIVIL LIBERTIES UNION ET AL.; and

No. 88–96.   CITY OF PITTSBURGH v. AMERICAN CIVIL LIBERTIES UNION, GREATER PITTSBURGH CHAPTER, ET AL.   C. A. 3d Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. ·

No. 87–6571.   GRAHAM v. CONNOR ET AL.   C. A. 4th Cir. Motion of petitioner for leave to proceed in forma pauperis granted.   Certiorari granted.

No. 88–97.   FORD MOTOR CO. v. BRYANT.   C. A. 9th Cir. Motion of American Bar Association for leave to file a brief as amicus curiae granted.   Certiorari granted.

No. 87–1584.   GELDERMANN, INC. v. COMMODITY FUTURES TRADING COMMISSION; and

No. 87–1663.   BOARD OF TRADE OF CITY OF CHICAGO v. COMMODITY FUTURES TRADING COMMISSION.   C. A. 7th Cir.   Certiorari denied.